IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMBER BROWNING, *on behalf of herself and all others similarly situated*,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DALLAS BASKETBALL LIMITED,   )<br>)<br>Defendant.   ) | Civil Action No. 3:17-CV-2910-C |

### AGREED ORDER OF DISMISSAL

The Court having considered the parties' Joint Stipulation of Voluntary Dismissal With Prejudice, filed March 19, 2018,

IT IS ORDERED that the Court's Order of Dismissal entered February 16, 2018, is hereby **VACATED**.

IT IS FURTHER ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**, with costs taxed against the party incurring same.

SO ORDERED this 21st day of March, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE